# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| State of KANSAS, *et al.*, <br><br> Plaintiff-Appellants, <br><br> v. <br><br> DOROTHY FINK, *et al.*, <br><br> Defendant-Appellants. | Case No. 25-1097 <br><br> On appeal from the United States District Court for the Northern District of Iowa <br> Case No. 1:24-cv-00110 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eighth Circuit Rule 26.1.A:

LeadingAge Kansas states that it is a Kansas nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge South Carolina states that it is a South Carolina nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge Iowa states that it is an Illinois nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

Leading Age Colorado states that it is a Colorado nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge Maryland states that it is a Maryland nonprofit corporation, that it is not a subsidiary of any corporation, and that it

does not have any stock which can be owned by a publicly held corporation.

LeadingAge Michigan states that it is a Michigan nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge Minnesota states that it is a Minnesota nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge Missouri states that it is a Missouri nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge Nebraska states that it is a Nebraska nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge New Jersey/Delaware states that it is a New Jersey nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge Ohio states that it is an Ohio nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge Oklahoma states that it is an Oklahoma nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge PA states that it is a Pennsylvania nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

South Dakota Association of Healthcare Organizations states that it is a South Dakota nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge Southeast states that it is a Florida nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge Tennessee states that it is a Tennessee nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

LeadingAge Virginia states that it is a Virginia nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

Dooley Center states that it fully owned by Mount St. Scholastica, a nonprofit Catholic Monastery, with a governing body comprised of Sisters of Mount St. Scholastica. It does not have any stock which can be owned by a publicly held corporation.

Wesley Towers states that it is a Kansas nonprofit corporation, that it is not a subsidiary of any corporation, and that it does not have any stock which can be owned by a publicly held corporation.

February 28, 2025

Respectfully submitted,

*/s/ Anna St. John*
Anna St. John
Hamilton Lincoln Law Institute
1629 K St. NW Suite 300
Washington, DC 20006
(917) 327-2392
anna.stjohn@hlli.org
*Counsel for Plaintiff-Appellants LeadingAge Kansas, LeadingAge South Carolina, LeadingAge Iowa, LeadingAge Colorado, LeadingAge Maryland, LeadingAge Michigan, LeadingAge Minnesota, LeadingAge Missouri, LeadingAge Nebraska, LeadingAge New Jersey/Delaware, LeadingAge Ohio, LeadingAge Oklahoma, LeadingAge PA, South Dakota Association Of Healthcare Organizations, LeadingAge Southeast, LeadingAge Tennessee, LeadingAge Virginia, Dooley Center, Wesley Towers*

**CERTIFICATE OF SERVICE**

This is to certify that on this 28th day of February, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Anna St. John*
Anna St. John
