

KRIS W. KOBACH
ATTORNEY GENERAL

MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597
(785) 296-2215 • FAX (785) 296-6296
WWW.AG.KS.GOV

Susan E. Bindler
Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, Missouri 63102

Re: *State of Kansas, et al. v. Robert F. Kennedy, Jr., et al.*, No. 25-1097, Oral Argument

Dear Ms. Bindler:

I will be arguing on behalf of Plaintiffs-Appellants in *State of Kansas, et al. v. Robert F. Kennedy, Jr., et al.*, No. 25-1097. I write to inform the Court that I have a personal obligation that conflicts with this Court's October 20–24, 2025, session. Accordingly, I would appreciate it if the Court did not schedule oral argument in this matter for that session.

Thank you for your consideration. Please do not hesitate to contact me if you have any questions or need additional information.

            Respectfully,

            */s/ Adam T. Steinhilber*
            Adam T. Steinhilber
            Assistant Solicitor General
            Office of the Kansas Attorney General
            120 SW 10th Avenue, 2nd Floor
            Topeka, Kansas 66612
            Telephone: (785) 368-8457
            Fax: (785) 296-3131
            adam.steinhilber@ag.ks.gov